**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-2471

———————

AVAINE STRONG,

Plaintiff - Appellant,

versus

LAVON MCNAUGHTON; UNITED STATES DISTRICT
COURT, Charleston Division; ROBERT S. CARR,
United States Magistrate Judge,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-99-3232-23AJ)

———————

Submitted:  February 24, 2000          Decided:  March 1, 2000

———————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Avaine Strong, Appellant Pro Se.  John Harris Douglas, Assistant
United States Attorney, Charleston, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Avaine Strong appeals from the district court's order granting summary judgment to the Defendants in his civil action, and denying his motion for answers. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Strong v. McNaughton</u>, No. CA-99-3232-23AJ (Aug. 17 & Oct. 1, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on August 16, 1999, the district court's records show that it was entered on the docket sheet on August 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).